**Order entered October 29, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01121-CR

### TODD EDWARDS PORTNER JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-51941-M**

## ORDER
Before Justices FitzGerald, Fillmore, and Stoddart

The Court **GRANTS** appellant's October 23, 2014 motion to expedite issuance of the

mandate. We **DIRECT** the Clerk of the Court to issue the mandate in this appeal forthwith.

/s/    ROBERT M. FILLMORE
        JUSTICE